DAVID A. TANNER, Esq.
Nevada Bar No. 8282
JEFFREY C. GUNN, Esq.
Nevada Bar No. 15925
**TANNER LAW FIRM**
7895 West Sunset Road, Suite 115
Las Vegas, Nevada 89113
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
jeff@tannerlawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR TOUSSAIN, an individual, | CASE NO.: 2-22-cv-00917-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO WITHDRAW PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER** |
| HOME DEPOT U.S.A. INC. dba THE HOME DEPOT, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

**STIPULATION TO WITHDRAW PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

COMES NOW, Plaintiff, TAYLOR TOUSSAIN, by and through his attorney of record, DAVID A. TANNER, ESQ. and JEFFREY C. GUNN, ESQ. of the TANNER LAW FIRM, and Defendant HOME DEPOT U.S.A. INC. dba THE HOME DEPOT, by and through its attorney of record, LYNN RIVERA, ESQ. of the law firm of RESNICK & LOUIS, P.C., hereby file this Stipulation to Withdraw Plaintiff's Emergency Motion for Protective Order.

On December 28 and 29, 2022, Defendant filed and served three Subpoenas to the Las Vegas Detention Center, Henderson Corrections Division, and the Clark County Detention Center. On January 10, 2023, Plaintiff filed a Motion for Protective Order alleging that the

1

information sought through these Subpoenas was undiscoverable and inadmissible. On January 12, Defense Counsel, Ms. Rivera, agreed to withdraw the Subpoenas and shred any information received. January 12 email, attached hereto as **Exhibit 1**. In exchange, Plaintiff's Counsel agreed to withdraw the subject Motion. Accordingly, Plaintiff's Emergency Motion for Protective Order is now moot. Plaintiff hereby withdraws his Motion.

**IT IS SO STIPULATED**

Dated: *January 12, 2023*  
**TANNER LAW FIRM**

*/s/ Jeffrey Gunn*

DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
JEFFREY C. GUNN, ESQ.
Nevada Bar No. 15925
7895 W. Sunset Rd., Suite 115
Las Vegas, NV 89113
Telephone (702) 987-8888
Telephone (702) 410-8070
*Attorneys for Plaintiff*

Dated: *January 12, 2023*  
**RESNICK & LOUIS, P.C.**

*/s/ Lynn Rivera*

LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
8925 W. Russell Road, Suite 220
Las Vegas, NV 89113
Telephone: (702) 997-3800
*Attorney for Defendant,*
*HOME DEPOT U.S.A, INC.*
*dba THE HOME DEPOT*

**ORDER**

IT IS SO ORDERED that Plaintiff's Emergency Motion for Protective Order is withdrawn as moot. The hearing currently scheduled for January 26, 2023, is vacated.

UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2023

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the law firm of TANNER LAW FIRM and that on the __12__ day of January 2023, I served the above and foregoing **STIPULATION TO WITHDRAW PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER** via Electronic Service addressed to the following:

Lynn Rivera, Esq.
**RESNICK & LOUIS, P.C.**
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone (702) 997-3800
lrivera@rlattornerys.com
*Attorney for Defendant,*
*HOME DEPOT U.S.A. INC. dba THE HOME DEPOT*

                                                          */s/ Courtney McMenamy*
                                          An Employee with Tanner Law Firm

# Jeff Gunn

| | |
|---|---|
| **From:** | Lynn Rivera <lrivera@rlattorneys.com> |
| **Sent:** | Thursday, January 12, 2023 11:12 AM |
| **To:** | Jeff Gunn |
| **Cc:** | Breean Boatwright; David Tanner; Jennifer Acevedo |
| **Subject:** | RE: Toussain - Withdraw Motion for Protective Order |

Thank you Jeff for preparing. You can attach my signature.

Best regards,

Lynn

## Lynn Rivera
Admitted in California and Nevada

lrivera@rlattorneys.com
NV Direct Phone & Fax: 702.625.4922
Cell Phone Number: 775.450.6487

Contact Information



ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY) | HOUSTON | JACKSON | LAS VEGAS | LOS ANGELES | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK

www.rlattorneys.com

This message is confidential and may contain privileged information. Only the intended recipient is authorized to read or utilize the information contained in this e-mail. If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

**From:** Jeff Gunn <Jeff@tannerlawfirm.com>
**Sent:** Thursday, January 12, 2023 11:05 AM
**To:** Lynn Rivera <lrivera@rlattorneys.com>
**Cc:** Breean Boatwright <bboatwright@rlattorneys.com>; David Tanner <david@tannerlawfirm.com>; Jennifer Acevedo <Jennifer@tannerlawfirm.com>
**Subject:** Toussain - Withdraw Motion for Protective Order

Lynn,

Please let me know if we can e-sign for you. Thanks.

Cordially,

1

**Jeffrey C. Gunn, Esq.**

**TANNER LAW FIRM**
7895 W. Sunset Road | Suite 115
Las Vegas, Nevada 89113
Tel: 702-987-8888 | Fax: 702-410-8070
jeff@tannerlawfirm.com



*MAIL CONFIDENTIALITY NOTICE:* The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.