LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**RESNICK & LOUIS. P.C.**
8925 W. Russel Road, Suite 220
Las Vegas, Nevada 89113
Telephone:    (702) 997-3800
Email:         lrivera@rlattorneys.com

*Attorneys for Defendant*
HOME DEPOT U.S.A., INC.
*(erroneously sued herein as HOME DEPOT USA INC. dba THE HOME DEPOT)*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| TAYLOR TOUSSAIN, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT USA INC. dba THE HOME DEPOT, a foreign corporation; DOES I through X; and ROE ENTITIES I through X; and ROE ENTITES, I through X,<br><br>            Defendants. | Case No.: 2:22-cv-00917-JCM-BNW<br><br>*The Honorable Judge James C. Mahan presiding*<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed:  04/07/2022** |

It is hereby stipulated, by and between Plaintiff, TAYLOR TOUSSAIN, by and through his attorneys of record, David Tanner, Esq. and Jeff Gunn, Esq., of the TANNER LAW FIRM and Defendant HOME DEPOT U.S.A., INC., by and through their attorneys of record, Lynn Rivera, Esq., of the law firm of RESNICK & LOUIS, P.C., that Plaintiff TAYLOR TOUSSAIN's Complaint against Defendants should be dismissed with prejudice each party to bear their own respective costs, and attorneys' fees.

1
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS SO STIPULATED.**

DATED: July 31, 2023

RESNICK & LOUIS, P.C.

 /s/ Lynn Rivera
LYNN V. RIVERA
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: July 31, 2023

TANNER LAW FIRM

 /s/ Jeff Gunn, Esq.
DAVID A. TANNER, ESQ.
Nevada Bar No. 8282
Jeff Gunn, ESQ.
Nevada Bar No.
7895 W. Sunset Road, Suite 115
Las Vegas, Nevada 89113
Attorneys for Plaintiff
TAYLOR TOUSSAIN

**ORDER**

IT IS SO ORDERED that on the 2nd day of August, 2023, the above-caption case is dismissed with prejudice.

DATED: August 2, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE